## BURRIS v. STATE.

### No. 18085.

Court of Criminal Appeals of Texas.
March 4, 1936.

Rehearing Denied March 25, 1936.

Leo Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is rape; penalty assessed at confinement in the penitentiary for 5 years.

The indictment appears regular. The evidence heard in the trial court is not brought forward for review. No bills of exception are found in the record.

No error having been perceived, the judgment is affirmed.